UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS VEGA, ET AL., | No. C09-1678 RMW MED |
| Plaintiffs, | **ORDER APPROVING PARTICIPATION BY PLAINTIFF JESUS VEGA IN MEDIATION BY VIDEO CONFERENCE** |
| v. | |
| LIGHTSTREAMS, INC., ET AL., | |
| Defendants. | Date: January 6, 2010<br>Mediator: Carol Millie |

IT IS HEREBY ORDERED that plaintiff Jesus Vega is excused from appearing in person at the January 6, 2010, mediation before Carol Millie on condition that Mr. Vega appear by video conference. In the event Mr. Vega is unable to make appropriate arrangements to participate in this manner, the mediation shall proceed as to the remaining plaintiffs.

IT IS SO ORDERED.

January 4, 2010                    By:    _/s/ Elizabeth D. Laporte_
Dated                                             Elizabeth D. Laporte
                                                  United States Magistrate Judge