UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESUS VEGA, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIGHTSTREAMS, INC., ET AL.,<br><br>        Defendants.<br>_____/ | No. C09-1678 RMW MED<br><br>**ORDER APPROVING PARTICIPATION BY PLAINTIFF JESUS VEGA IN MEDIATION BY VIDEO CONFERENCE**<br><br>Date:    January 6, 2010<br>Mediator:  Carol Millie |

IT IS HEREBY ORDERED that plaintiff Jesus Vega is excused from appearing in person at the January 6, 2010, mediation before Carol Millie on condition that Mr. Vega appear by video conference. In the event Mr. Vega is unable to make appropriate arrangements to participate in this manner, the mediation shall proceed as to the remaining plaintiffs.

IT IS SO ORDERED.

January 4, 2010      By:    *Elizabeth D. Laporte*

Dated

                                Elizabeth D. Laporte
                         United States Magistrate Judge