UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA OCHOA MARTINEZ, ET AL. et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BK PAINTING, ET AL. et al,<br><br>　　　　Defendant.　　　　　　　　　　／ | Case Number: CV09-01680 RS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carol Webster Millie
Silicon Valley Mediation Group
141 First Street
Los Altos, CA 94022

Dated: January 4, 2010

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　By: Lili M. Harrell, Deputy Clerk