NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS VEGA, et al., | No. C09-01678 RMW (HRL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF JESUS VEGA'S REQUEST FOR TELEPHONIC ATTENDANCE** |
| v. | |
| LIGHTSTREAMS, INC., et al., | |
| Defendants. | |

Plaintiff Jesus Vega is excused from appearing in person at the March 18, 2010 settlement conference. He shall, however, be available by telephone for the duration of the conference. Additionally, prior to the conference, plaintiffs' counsel shall secure written authorization to execute binding documents on Vega's behalf and shall bring those documents to the conference. The conference shall otherwise proceed as to the remaining plaintiffs who will be attending the conference in person.

SO ORDERED.

Dated: March 16, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-01678-RMW Notice has been electronically mailed to:

Adam Wang      adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Adam Lee Pedersen     alpedersen@gmail.com

Richard Keith Abdalah     rabdalah@abdalahlaw.com, drees@abdalahlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.