**E-FILED on** 10/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS VEGA, ALVARO CORONADO, and EBEN GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTSTREAMS, INC., SUZANNE KRIEGER, DAVID KNOX, and DOES 1-10,<br><br>Defendants. | No. C-09-01678 RMW<br><br>ORDER VACATING OCTOBER 8, 2010 CMC AND SETTING NEW CMC<br><br>**[Re Docket No. 27]** |

At the last case management conference on July 30, 2010, plaintiffs represented to the court that they would file a motion to enforce the settlement agreement within 14 days. No motion has been filed. Therefore, the court hereby vacates the case management conference set for October 8, 2010 and schedules a case management conference for April 22, 2011. Upon good cause shown, plaintiffs can request a case management conference earlier than April 22, 2011.

DATED:     10/4/10

RONALD M. WHYTE
United States District Judge

ORDER VACATING OCTOBER 8, 2010 CMC AND SETTING NEW CMC—No. C-09-01678 RMW
CCL