ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

*E-FILED - 4/21/11*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEGA, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> LIGHTSTREAMS, et. al., <br><br> Defendants | Case No.: 5:09-cv-1678-RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE & XXXXXXXXXXXX ORDER THEREON** |

Parties, through counsel, stipulate as follows:

1.  Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2.  As such, Parties hereby stipulate to a dismissal of this action in its entirety with prejudice.

3.  The Parties ask that the Court retain jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

| | | |
|---|---|---|
| 1 | Dated: April 21, 2011 | By: /s/ Adam Pedersen |
| 2 | | ADAM PEDERSEN |
| 3 | | Attorney for Plaintiffs |
| 4 | Dated: April 21, 2011 | By: /s/ Richard Abdalah |
| 5 | | |
| 6 | | RICHARD ABDALAH |
| 7 | | Attorney for Defendants |

[ XXXXXXXXXX ] **ORDER**

Pursuant to the terms of Parties' stipulation, IT IS SO ORDERED.

Dated: 4/21/11 , 2011

*Ronald M. Whyte*

Hon. R. M. Whyte
United States District Court Judge

---

STIPULATION FOR DISMISSAL
Vega, et. al. v. Lightstreams, et. al.

2    5:09-cv-1678-RMW